ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 2 2012

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSSI WADE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:12-CV-312-B-BH |
| TMS INSURANCE COMPANY, et al., | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this case will be dismissed without prejudice because Plaintiff may not proceed on behalf of her minor daughter without legal counsel.

SIGNED this 12th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE